# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MOUNTAIN FUNDING, LLC, a North Carolina limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKWATER CROSSING, LLC, a Florida limited liability company, JAMES WILLIAM CULP, MICHAEL DECKER, TIMOTHY P. De MAN, DENNIS L. KING, DAVID W. MAVER, DAVID A. OFFUTT, JEFFERY P. PHILLIPS, LISA D. RICHARDSON, VERNIE E. RICHARDSON, ELAINE MARIA SIN-HIDGE, WAYNE STEWART SIN-HIDGE, CELEBRATION DEVELOPMENT GROUP LLC, a Florida limited liability company, DMK CONSULTING AND DEVELOPMENT, LLC, a Florida limited liability company, THE DENNIS L. KING LIVING TRUST DATED AUGUST 22, 2000, a California Trust, FLORIDA REALTY, LLC, a Florida limited liability company, SUN LIZARDS CONSULTING, LLC, a Florida limited liability company, and WESTERN SIERRA BANK CUSTODIAN FBO DENNIS KING IRA,<br><br>Defendants. | Civil Action No.: 3:05CV513-H<br><br><br><br><br><br>ORDER OF COURT |

This matter is before the court upon consideration of the Plaintiff's Motion to Dismiss without Prejudice, and the Court having been advised in pleadings filed by both the Plaintiff and the Defendants that settlement discussions have been taking place in another forum, it is hereby ORDERED, ADJUDGED AND DECREED that his matter is

1

dismissed in its entirety without prejudice.

Signed: April 23, 2007

Graham C. Mullen
United States District Judge